# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2695
LT Case Nos. 2025-CJ-000168-A
2025-CJ-000490-A

_____

Z.L.G., A CHILD,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Bradley E. King, Judge.

Matthew J. Metz, Public Defender, and Teresa D. Sutton,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Whitney
Brown Hartless, Assistant Attorney General, Daytona Beach, for
Appellee.

August 14, 2026

PER CURIAM.

Appellant's probation was revoked based upon her entry of a
plea, which the trial court accepted as having been knowingly and
freely given. However, the lower tribunal failed to enter the
required written order identifying the conditions of probation that

Appellant was found to have violated.  There being no other error apparent on the face of the record, we affirm.[1]  However, we remand to the lower tribunal for entry of a separate written order of revocation which sets forth the conditions of probation that Appellant was found to have violated.  *See Mack v. State*, 694 So. 2d 130 (Fla. 5th DCA 1997); *J.K. v. State*, 350 So. 3d 135, 136 (Fla. 2d DCA 2022) (citing *A.T.J.F. v. State*, 78 So. 3d 57, 57 (Fla. 4th DCA 2012)).

AFFIRMED; REMANDED.

EDWARDS, EISNAUGLE, and BOATWRIGHT, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

---

[1] This is an *Anders* appeal.  *See Anders v. California*, 386 U.S. 738 (1967).  Our review is in accordance with *State v. Causey*, 503 So. 2d 321 (Fla. 1987).